AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2212 Irving Street, SE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 08 - 515 - M - 01

TO: __Scott Turner__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Scott Turner_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

The residence of **2212 Irving Street, Southeast, Washington, D.C.** is described as a multistory red brick town home that is attached to the residence of 2210 Irving Street, S.E. The front door of the residence is light in color and has a white colored wood awning with dark colored roof shingles on top. The numbers "2212" appear just above the front door in black on white trim. The front door is covered by a screen door with bars. The front steps leading to the residence are green in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____ SEP 0 1 2008 _____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 2 2 2008   3 40 PM
_____
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, DC

_____
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/22/08 | 8/26/08  6:00 am | Jerome James |

INVENTORY MADE IN THE PRESENCE OF    SA Scott Turner and SA Brian Jacob

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No items seized

**FILED**

AUG 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

8-27-08
Date